**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 23-1362**

---

YURI J. STOYANOV,

        Plaintiff - Appellant,

    v.

RAY MABUS, Secretary of the Navy United States Department of the Navy; JAMES H. KING, Individually and in his Official Capacity as the Head of Code 70 Carderock Division Naval Surface Warfare Center; KEVIN M. WILSON, Individually and in his Official Capacity as the Head of Code 74 Carderock Division Naval Surface Warfare Center; DAVID L. MAYO, Individually and in his Official Capacity as the Head of Code 743 Carderock Division Naval Surface Warfare Center; MARK THOMAS, Individually and in his Official Capacity as EEO Chief and Commander of Code 00 Carderock Division Naval Surface Warfare Center; DAVID CARON, Individually and in his Official Capacity as Assistant Counsel Code 39 Carderock Division Naval Surface Warfare Center; CATHERINE L. KESSMEIER, Individually and in her Official Capacity as Counsel of Code 004 Carderock Division Naval Surface Warfare Center; JACK K. TEMPLETON, Individually and in his Official Capacity as Head of Code 20 Carderock Division Naval Surface Warfare Center; KENETH R. GOLDMAN, Individually and in his Official Capacity as Head of Code 71 Carderock Division Naval Surface Warfare Center; KENNETH I. FORMAN, Individually and in his Official Capacity as Head of Code 73 Carderock Division Naval Surface Warfare Center; SAM HAN, Individually and in his Official Capacity as Head of Code 74 Carderock Division Naval Surface Warfare Center; CIRO MINOPOLI, Individually and in his Official Capacity as Head of Code 75 Carderock Division Naval Surface Warfare Center; WILLIAM SNYDER, Individually and in his Official Capacity as Head of Code 20 Carderock Division Naval Surface Warfare Center; M. WADE, Individually and in his Official Capacity as Head of Code 21 Carderock Division Naval Surface Warfare Center; M. J. BABERICH, Individually and in her Official Capacity as Head of Code 64 Carderock Division Naval Surface Warfare Center; BRUCE CROCK, Individually and in his Official Capacity as Head of Code 741 Carderock Division Naval Surface Warfare Center; WILLIAM MARTIN, Individually and in his Official Capacity as Head of Code 722 Carderock Division Naval Surface Warfare Center;

CHARLES R. REEVES, Individually and in his Official Capacity as Product Area Director of Code 09 Carderock Division Naval Surface Warfare Center; L. MURPHY, Individually and in his Official Capacity as Head of Code 22 Carderock Division Naval Surface Warfare Center; DAVID WINTER, Dr., Former Secretary of the Navy U.S. Department of the Navy; GARY ROGHEAD, Individually and in his Official Capacity as Chief of Navy Operations; ARCHER M. MACY, Individually and in his Official Capacity as Commander of NSWC; PAUL E. SULLIVAN, Individually and in his Official Capacity as Commander of SEA 00; JEFFERSON BEAUREGARD SESSIONS, III, Attorney General; ROBERT K. HUR, U.S. Attorney; MARGARET LONG, Individually and in her Official Capacity as Administrative/Technical Specialist Code 39; GARY M. JEBSEN, Individually and in his Official Capacity as the Head of Code 70; GARTH JENSEN, Individually and in his Official Capacity as Deputy Head of Code 70; ELAINE B. MCKINNEY, Individually and in her Official Capacity as Deputy EEO Chief Code 004; MIKE MULLEN, Individually and in his Official Capacity as Chief of Naval Operations; WAYNE WEIKERT, Individually and in her Official Capacity as the Head of Code 70; CHRIS D. MEYER, Individually and in her Official Capacity as EEO Chief and Commander of Code 00; JEROME CARRUBBA, Individually and in his Official Capacity as Security Manager of Code 03; NEACLESA ANDERSON, Individually and in her Official Capacity as General Counsel of Code 04; JOSEPH VIGNALLI, Individually and in his Official Capacity as the Head of Code 7204; PAUL SHANG, Individually and in his Official Capacity as the Head of Code 707; SUN HAN, Individually and in his Official Capacity as the Head of Code 74; ROBERT WINGO, Individually and in his Official Capacity as the Head of Code 7502; ROBERT KOLLARS, Individually and in his Official Capacity as the Head of Code 7102; MIKE WADE, Individually and in his Official Capacity as the Head of Code 203; N. P. ANDERSON, Individually and in her Official Capacity as Assistant Counsel Code 39; JAMES SHANNON, Individually and in his Official Capacity as Chief of NSWC; KEVIN M. MCCOY, Individually and in his Official Capacity as Chief of NAVSEA; GARY ROUGHHEAD, Individually and in his Official Capacity as Chief of Naval Operations; BARBARA REDINGER, Individually and in her Official Capacity as Security Manager Code 40; E. CAHILL, Ms., Individually and in her Official Capacity as Head of Workforce Relations Branch Code 39,

Defendants - Appellees.

———————————

Appeal from the United States District Court for the District of Maryland, at Baltimore. Catherine C. Blake, Senior District Judge. (1:09-cv-03479-CCB)

———————————

Submitted: July 20, 2023                                      Decided: July 25, 2023

2

_____

Before NIEMEYER and THACKER, Circuit Judges, and KEENAN, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Yuri J. Stoyanov, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Yuri J. Stoyanov seeks to appeal the district court's orders (1) granting Defendants' motion to lift a previously imposed stay in the underlying proceedings and renew their motion to dismiss or for summary judgment; and (2) denying Stoyanov's "Motion to Reconsider 12/9/22 Order Denying Plaintiff's Third Urgent Motion to Disqualify and Remove Career Criminal Kelly Marzullo From Defendants' Representative Position for Harm, Fraud, Perjury and Federal Crimes." This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The orders Stoyanov seeks to appeal are neither final orders nor appealable interlocutory or collateral orders. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

4